Jon-Paul LaPointe (CA BAR. No. 250546)
jlapointe@eapdlaw.com
EDWARDS ANGELL PALMER & DODGE LLP
660 Newport Center Drive, Suite 900
Newport Beach, CA 92660
Tel. 949.423.2100
Fax. 949.423.2101

E-filing

Attorney for Plaintiff,
EVONY, LLC

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVONY, LLC, a Delaware limited liability company, | Case No. CV11 0141 EMC |
| Plaintiff, | PLAINTIFF'S FED. R. CIV. P. RULE 7.1 STATEMENT |
| v. | |
| AERIA GAMES & ENTERTAINMENT, INC., a Delaware corporation, and FENG INVESTMENT, LTD, a foreign corporation, | |
| Defendants. | |

EDWARDS ANGELL
PALMER & DODGE
LLP

FED.R.CIV.P 7.1 STATEMENT
BOS 861314.1

- 1 -

| | |
|---|---|
| 1 | Plaintiff Evony, LLC, by and through its undersigned attorney, hereby |
| 2 | submits its Rule 7.1 Corporate Disclosure Statement and states that: |
| 3 | (1) Evony, LLC has no parent corporations, and there is no publicly-held |
| 4 | corporation that owns 10% or more of its stock. |

Respectfully submitted,

Dated: January 11, 2010

EDWARDS ANGELL PALMER & DODGE LLP

By: *(signature)*

Jon-Paul Lapointe

Attorney for Plaintiff
EVONY, LLC