1  Jon-Paul LaPointe (CA BAR. NO. 250546)
   jlapointe@eapdlaw.com
2  EDWARDS ANGELL PALMER & DODGE LLP
   660 Newport Center Drive, Suite 900
3  Newport Beach, CA 92660
   Tel. 949.423.2100
4  Fax. 949.423.2101

5  Attorney for Plaintiff,
6  EVONY, LLC

E-filing

FILED
2011 JAN 11 A 11:13
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

EMC

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVONY, LLC, a Delaware limited liability company, <br><br> Plaintiff, <br><br> v. <br><br> AERIA GAMES & ENTERTAINMENT, INC., a Delaware corporation, and <br><br> FENG INVESTMENT, LTD, a foreign corporation, <br><br> Defendants. | Case No. CV11 0141 <br><br> L.R. 3-16 Certification of Interested Parties |

EDWARDS ANGELL
PALMER & DODGE
LLP

CERTIFICATION OF INTERESTED PARTIES
BOS 861312.1

- 1 -

Pursuant to Civil L.R. 3-16, the undersigned Plaintiff Evony, LLC certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: Regan Mercantile, LLC and Regan Mercantile (Hong Kong) Limited have a financial interest in the subject matter in controversy.

Respectfully submitted,

Dated:   January 11, 2011          EDWARDS ANGELL PALMER & DODGE LLP

By: _____

Jon-Paul Lapointe

Attorney for Plaintiff
EVONY, LLC

EDWARDS ANGELL
PALMER & DODGE
LLP

CERTIFICATION OF INTERESTED PARTIES
BOS 861312.1

- 2 -