

**UNITED STATES DISTRICT COURT**

NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102
Phone: 415.522.2034

RICHARD W. WIEKING
CLERK OF COURT

January 13, 2011

**Re: C11-0141 EMC Evoy v. Aeria Games, et al.**

Dear Counsel:

This matter has been assigned to Magistrate Judge Edward M. Chen for all purposes including trial.

Pursuant to 28 U.S.C. §636(c), the magistrate judges of this district have been designated by this Court to conduct any and all proceedings in a civil case including a jury or non-jury trial and to order the entry of a final judgment, upon the consent of all parties.

A review of the file discloses that the Consent to Proceed Before a United States Magistrate has not been filed in this case. Please select one of the attached forms documenting either: (1) your consent or (2) request for reassignment and e-file it with the Court at your earliest convenience. These forms can also be found on the Court's website at www.cand.uscourts.gov under FORMS (Civil). You are free to withhold consent to this Court and request reassignment to a district judge without any adverse substantive consequences.

Thank you.                                              Richard W. Wieking, Clerk
                                                        United States District Court

                                                        Betty Lee
                                                        Courtroom Deputy

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Case No. _____

Plaintiff(s),

v.

Defendant(s).
_____/

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: _____          _____
                                          Signature

                                          Counsel for: _____
                                          (Name of party or indicate "pro se")

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Case No. _____

_____ Plaintiff(s),

v.

_____ Defendant(s).
_____/

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

The undersigned party in the above-captioned civil matter hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: _____   _____
Signature

Counsel for _____
(Name of party or indicate "pro se")

United States District Court
For the Northern District of California