RECEIVED
JAN 25 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EVONY, LLC,

        Plaintiff,

  v.

AERIA GAMES & ENTERTAINMENT, INC. and
FENG INVESTMENT, LTD.

        Defendant.

CASE NO. 3:11-cv-00141-EMC

(Proposed)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Joshua W. Gardner, whose business address and telephone number is
Edwards Angell Palmer & Dodge, LLP
111 Huntington Avenue, Boston, MA 02199
617-239-0100

and who is an active member in good standing of the bar of U.S. Dist. Ct. of Massachusetts having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Plaintiff Evony, LLC

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 1/31/11



United States District Judge
IT IS SO ORDERED
Judge Edward M. Chen