IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EVONY, LLC,

        Plaintiff,

  v.

AERIA GAMES & ENTERTAINMENT, INC. and
FENG INVESTMENT, LTD.

        Defendant.

CASE NO. 3:11-cv-00141-EMC

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Andrew T. O'Connor, whose business address and telephone number is
Edwards Angell Palmer & Dodge, LLP
111 Huntington Avenue, Boston, MA 02199
617-239-0100
and who is an active member in good standing of the bar of U.S. Dist. Ct. of Massachusetts having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Plaintiff Evony, LLC

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 1/31/11



IT IS SO ORDERED
Judge Edward M. Chen