UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Case No. 3:11-cv-00141

Plaintiff(s),

Evony, LLC

v.

Aeria Games & Entertainment, Inc. and
Feng Investment Ltd.

Defendant(s).
_____/

# DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party in the above-captioned civil matter hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 1/31/11

Signature

Counsel for Evony, LLC
(Name of party or indicate "pro se")