| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| JON-PAUL LAPOINTE, ESQ., Bar #250546<br>EDWARDS ANGELL PALMER & DODGE LLP<br>660 NEWPORT CENTER DRIVE<br>SUITE 900<br>NEWPORT BEACH, CA 92660<br>Telephone No: (949) 423-2100    FAX No: (949) 423-2101<br>Ref. No. or File No.:<br>Attorney for: Plaintiff | |

Insert name of Court, and Judicial District and Branch Court:
United States District Court For The Northern District Of California

Plaintiff: EVONY, LLC
Defendant: AERIA GAMES & ENTERTAINMENT, INC.

| PROOF OF SERVICE<br>SUMMONS | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV11-0141 EMC |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Action;; Complaint; Civil Cover Sheet; L.R. 3-16 Certificate Of Interested Parties; Plaintiff's Fed. R. Civ.P. Rule 7.1 Statement; Notice Of Assignment Of Case To A United States Magistrate Judge For Trial; Consent To Proceed Before A United States Magistrate Judge (Blank); U.S. District Court Northern California Ecf Registration Information Handout; Order Setting Initial Case Management Conference And Adr Deadlines; Standing Order For Civil Practice In Cases Assigned For All Purposes To Magistrate Judge Edward M. Chen; Standing Order For All Judges Of The Northern District Of California, Contents Of Joint Case Management Statement; Consenting To A Magistrate Judge's Jurisdiction In The Northern District Of California.

3. a. Party served:       AERIA GAMES & ENTERTAINMENT, INC.
   b. Person served:    Lan Hoang, Agent for Service of process SERVED UNDER F.R.C.P. RULE 4.

4. Address where the party was served:    Lan Hoang, Agent
   2475 Augustine Drive
   SANTA CLARA, CA 95054

5. I served the party:
   b. by substituted service. On: Thu., Jan. 13, 2011 at: 10:00AM by leaving the copies with or in the presence of:
      Amy Booras, Person-In-Charge
   (1) (Business) a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.

7. Person Who Served Papers:                                   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Ellenor Rios                                             d. The Fee for Service was:  $144.43
                                                               e. I am: (3) registered California process server
   First Legal                                                      (i)   Independent Contractor
   1138 Howard Street                                               (ii)  Registration No.:    984
   San Francisco, CA 94103                                          (iii) County:              Santa Clara
   Telephone  (415) 626-3111
   Fax        (415) 626-1331
   www.firstlegalnetwork.com

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:Fri, Jan. 14, 2011
                                                                                    (Ellenor Rios)9282582;kc.jonla.339737

Judicial Council Form                          PROOF OF SERVICE
Rule 2.150.(a)&(b) Rev January 1, 2007            SUMMONS

| Attorney or Party without Attorney:<br>JON-PAUL LAPOINTE, ESQ., Bar #250546<br>EDWARDS ANGELL PALMER & DODGE LLP<br>660 NEWPORT CENTER DRIVE<br>SUITE 900<br>NEWPORT BEACH, CA 92660<br>Telephone No: (949) 423-2100    FAX No: (949) 423-2101 | For Court Use Only |
|---|---|
| Ref. No or File No.: | |
| Attorney for: Plaintiff | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court For The Northern District Of California | |
| Plaintiff: EVONY, LLC | |
| Defendant: AERIA GAMES & ENTERTAINMENT, INC. | |

| PROOF OF SERVICE<br>By Mail | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV11-0141 EMC |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the Summons In A Civil Action;; Complaint; Civil Cover Sheet; L.R. 3-16 Certificate Of Interested Parties; Plaintiff's Fed. R. Civ.P. Rule 7.1 Statement; Notice Of Assignment Of Case To A United States Magistrate Judge For Trial; Consent To Proceed Before A United States Magistrate Judge (Blank); U.S. District Court Northern California Ecf Registration Information Handout; Order Setting Initial Case Management Conference And Adr Deadlines; Standing Order For Civil Practice In Cases Assigned For All Purposes To Magistrate Judge Edward M. Chen; Standing Order For All Judges Of The Northern District Of California, Contents Of Joint Case Management Statement; Consenting To A Magistrate Judge's Jurisdiction In The Northern District Of California.

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

   a. Date of Mailing:        Thu., Jan. 13, 2011
   b. Place of Mailing:       SANTA ANA, CA 92701
   c. Addressed as follows:   AERIA GAMES & ENTERTAINMENT, INC.
                              Lan Hoang, Agent
                              2475 Augustine Drive
                              SANTA CLARA, CA 95054

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Thu., Jan. 13, 2011 in the ordinary course of business.

5. Person Serving:
   a. RON KUYER
   b. FIRST LEGAL SUPPORT SERVICES
      301 CIVIC CENTER DRIVE WEST
      SANTA ANA, CA 92701
   c. 714-541-1110

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:*   $144.43
   e. I am: (3) registered California process server
      (i)   Independent Contractor
      (ii)  *Registration No.:*   2529
      (iii) *County:*             Orange
      (iv)  *Expiration Date:*    Sat, Dec. 08, 2012

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

   Date: Fri, Jan. 14, 2011

   Judicial Council Form                    PROOF OF SERVICE                    (RON KUYER)
   Rule 2,150.(a)&(b) Rev January 1, 2007        By Mail                       9282582;kc.jonla.339737