| Attorney or Party without Attorney: <br> JON-PAUL LAPOINTE, ESQ., Bar #250546 <br> EDWARDS ANGELL PALMER & DODGE LLP <br> 660 NEWPORT CENTER DRIVE <br> SUITE 900 <br> NEWPORT BEACH, CA 92660 <br> Telephone No: (949) 423-2100    FAX No: (949) 423-2101 <br> Ref. No. or File No.: <br> Attorney for: Plaintiff | For Court Use Only |
|---|---|

Insert name of Court, and Judicial District and Branch Court:
United States District Court For The Northern District Of California

Plaintiff: EVONY, LLC
Defendant: AERIA GAMES & ENTERTAINMENT, INC.

| PROOF OF SERVICE SUMMONS | Hearing Date: | Time: | Dept/Div: | Case Number: CV11-0141 EMC |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Action;; Complaint; Civil Cover Sheet; L.R. 3-16 Certificate Of Interested Parties; Plaintiff's Fed, R, Civ.P. Rule 7.1 Statement; Notice Of Assignment Of Case To A United States Magistrate Judge For Trial; Consent To Proceed Before A United States Magistrate Judge (Blank); U.S. District Court Northern California Ecf Registration Information Handout; Order Setting Initial Case Management Conference And Adr Deadlines; Standing Order For Civil Practice In Cases Assigned For All Purposes To Magistrate Judge Edward M. Chen; Standing Order For All Judges Of The Northern District Of California, Contents Of Joint Case Management Statement; Consenting To A Magistrate Judge's Jurisdiction In The Northern District Of California.

3. a. Party served:         FENG INVESTMENT, LTD. c/o Yuafeng Lu
   b. Person served:        Yuangfeng Lu, Agent for Service of process SERVED UNDER F.R.C.P. RULE 4.

4. Address where the party was served:    Yuangfeng Lu, Agent
                                          1201 Third Avenue
                                          Suite 1600
                                          SEATTLE, WA 98104

5. I served the party:
   b. by substituted service. On: Wed., Jan. 12, 2011 at: 12:28PM by leaving the copies with or in the presence of:
      Arlyne Carrico, Person-In-Charge
   (1) (Business) a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.

7. Person Who Served Papers:                                    Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. AUSTIN MCDOUGALL                              d. The Fee for Service was:   $280.00
                                                    e. I am: Not a Registered California Process Server



   301 Civic Center Drive West
   Santa Ana, CA 92701
   Telephone    (714) 541-1110
   Fax          (714) 541-8182
   www.firstlegalnetwork.com

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:Fri, Jan. 14, 2011

                                                                            (AUSTIN MCDOUGALL)

Judicial Council Form                    PROOF OF SERVICE
Rule 2.150,(a)&(b) Rev January 1, 2007      SUMMONS                          9282581;kcjonla.340308

| Attorney or Party without Attorney:<br>JON-PAUL LAPOINTE, ESQ., Bar #250546<br>EDWARDS ANGELL PALMER & DODGE LLP<br>660 NEWPORT CENTER DRIVE<br>SUITE 900<br>NEWPORT BEACH, CA 92660<br>Telephone No: (949) 423-2100   FAX No: (949) 423-2101 | | | | For Court Use Only |
|---|---|---|---|---|
| | | | Ref. No or File No.: | |
| Attorney for: Plaintiff | | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court For The Northern District Of California | | | | |
| Plaintiff: EVONY, LLC | | | | |
| Defendant: AERIA GAMES & ENTERTAINMENT, INC. | | | | |
| **PROOF OF SERVICE**<br>**By Mail** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV11-0141 EMC |

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the Summons In A Civil Action;; Complaint; Civil Cover Sheet; L.R. 3-16 Certificate Of Interested Parties; Plaintiff's Fed. R. Civ.P. Rule 7.1 Statement; Notice Of Assignment Of Case To A United States Magistrate Judge For Trial; Consent To Proceed Before A United States Magistrate Judge (Blank); U.S. District Court Northern California Ecf Registration Information Handout; Order Setting Initial Case Management Conference And Adr Deadlines; Standing Order For Civil Practice In Cases Assigned For All Purposes To Magistrate Judge Edward M. Chen; Standing Order For All Judges Of The Northern District Of California, Contents Of Joint Case Management Statement; Consenting To A Magistrate Judge's Jurisdiction In The Northern District Of California.

3. By placing a true copy of each document in the United States mail, in a sealed envelope by First Class mail with postage prepaid as follows:

   a. Date of Mailing:         Thu., Jan. 13, 2011
   b. Place of Mailing:        SANTA ANA, CA 92701
   c. Addressed as follows:    FENG INVESTMENT, LTD. c/o Yuafeng Lu
                               Yuangfeng Lu, Agent
                               1201 Third Avenue
                               Suite 1600
                               SEATTLE, WA 98104

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Thu., Jan. 13, 2011 in the ordinary course of business.

5. Person Serving:
   a. RON KUYER
   b. FIRST LEGAL SUPPORT SERVICES
      301 CIVIC CENTER DRIVE WEST
      SANTA ANA, CA 92701
   c. 714-541-1110

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. The Fee for Service was: $280.00
   e. I am: (3) registered California process server
      (i)   Independent Contractor
      (ii)  Registration No.:    2529
      (iii) County:               Orange
      (iv)  Expiration Date:      Sat, Dec. 08, 2012

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   Date: Fri, Jan. 14, 2011

   Judicial Council Form                  PROOF OF SERVICE              (RON KUYER)
   Rule 2.150.(a)&(b) Rev January 1, 2007      By Mail                  9282581;kc.jonla.340308